UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 22-mj-239-1 |
| V. | : | |
| | : | |
| DOUGLAS WYATT | : | NOVEMBER 21, 2022 |

## NOTICE OF WAIVER

Herewith notice that Mr. Wyatt is waiving his right to a preliminary hearing in the instant matter.

THE DEFENDANT

By: /s/ NORMAN A. PATTIS /s/
NORMAN A. PATTIS
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
T: 203.393.3017
F: 203.393.9745
npattis@pattisandsmith.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the above-captioned date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Norm Pattis /s/