UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:22-mj-00239-MAU-1 |
| Plaintiffs | : | |
| V. | : | |
| | : | |
| | : | |
| DOUGLAS WYATT et al. | : | MARCH 23, 2023 |
| Defendant | | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

The parties in the above-captioned action, by and through counsel, hereby

moves with consent to continue the upcoming status conference thirty (30) days. As

grounds for this Motion, the parties state as follows:

1.      On January 13, 2023, this Court set a scheduling conference for March 30,

2023.

2.      Attorney Norman Pattis, herein after "the undersigned", counsel for Defendant

Douglas Wyatt, is on trial in the matter of *USA v. Ethan Nordean, et al.* (1:21-cr-00175-TJK)

and has been since Jury selection began in early January.

3.      The undersigned has not been able to meet with the client as a result of his trial

obligations. US Attorney Andrew Tessman, the prosecuting attorney on the case, consents

to the granting of this continuance for thirty (30) days.

4.      Mr. Wyatt has consented to waiving his speedy trial rights.

5.      For the foregoing reasons, the undersigned respectfully requests that the

scheduling conference currently scheduled for March 30, 2023 be continued, and

rescheduled to May 2, 2023

/s/ Norman Pattis /s/
NORMAN PATTIS
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
Tel: 203-393-3017
Fax: 203-393-9745
npattis@pattisandsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing date, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ NORMAN PATTIS

THE DEFENDANT

By: /s/ NORMAN PATTIS /s/
NORMAN PATTIS
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
T: 203.393.3017
F: 203.393.9745
npattis@pattisandsmith.com