**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DOUGLAS WYATT,** <br>         **Defendant.** | Case no. 1:22-mj-239-1 |

**ORDER**

Based upon the representations in the Consent Motion to Continue Status Conference, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status conference on March 30, 2023 is **CONTINUED** as to Douglas Wyatt and a status conference is set for May 2, 2023, at 1 PM before the duty Magistrate Judge; and it is further

**ORDERED** that the time between March 30, 2023, and May 2, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and negotiate potential pre-trial resolution.

**SO ORDERED** this 23rd day of March, 2023.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge