# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-mj-239-1 |
| | : | |
| **DOUGLAS WYATT** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO VACATE STATUS CONFERENCE

The United States of America and defendant Douglas Wyatt hereby move this Court vacate the July 6, 2023 status conference scheduled in the above-captioned matter. In support of its motion, the parties provide the following:

On July 5, 2023, the parties entered into a plea agreement. The United States intends to file an Information on or before July 6, 2023, at which time the case will be transferred to a district judge. As such, the parties do not believe it is necessary for the Court to hold a status conference on this matter on July 6, 2023, and respectfully request that the status conference be vacated.

WHEREFORE, the parties respectfully request that this Court grant the motion to vacate the scheduled status hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: */s/ Ashley Akers*
 ASHLEY AKERS
Trial Attorney
District of Columbia – Detailee
Missouri Bar No. 69601
601 D Street NW
Washington, DC 20001

(202) 353-0521
Ashley.Akers@usdoj.gov


/s/ Norm Pattis
NORM PATTIS
Counsel for defendant